KATHRYN E. LARKIN, Appellant, *v.* THE GREENWICH
SAVINGS BANK, Defendant, and EARL DAFFER et al.,
as Executors of MARY LEONARD, Deceased, Respondents.

(Argued April 20, 1936; decided May 19, 1936.)

*Aaron William Levy* for appellant.

*Honour B. Gelson* and *Warren S. Fogel* for respondents.

Judgment affirmed, with costs payable out of the fund. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.